**No. 59497.**—Vandegrift Forwarding Co., Inc. *v.* United States, protest 256133–K
(New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 59498.**—Astra Trading Corp. et al. *v.* United States, protests 256306–K, etc.
(New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, DECEMBER 1, 1955

**No. 59499.**—R. W. Smith *v.* United States, protests 185684–K, 187288–K, and
187210–K (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel A. P. I. casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiff was sustained.